**Order entered January 10, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01058-CV

### ROBERT T. O'DONNELL, Appellant

### V.

### JULIA L. VARGO, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## ORDER

The Court has before it appellant's January 6, 2017 motion to file his first amended brief. On January 3, 2017, we granted appellant's December 30, 2016 emergency motion to extend time to file his amended brief and ordered his amended brief filed no later than January 6, 2017. On January 6, 2017, appellant filed his first amended brief along with a motion to extend time. Because his brief was filed on January 6, 2017, the same day it was due, we **DENY** his January 6, 2017 motion to extend time as moot.

/s/    ELIZABETH LANG-MIERS
          JUSTICE